**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KALILAH BRANTLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AMERICAN AIRLINES GROUP, INC.,** | : | |
| | : | **NO. 16-3540** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this ___ day of November, 2016, upon consideration of Defendant's Motion to Dismiss (Docket No. 12), Plaintiff's Opposition thereto (Docket No. 14), Defendant's Reply (Docket No. 15), and following oral argument on November 3, 2016, it is hereby **ORDERED** the Motion (Docket No. 12) is **GRANTED in part** and **DENIED in part**. Count II of Plaintiff's Amended Complaint (Docket No. 9) is **DISMISSED without prejudice**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge